UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LANGLEY, | CASE NO.   1:10-cv-00030-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (ECF No. 11) |
| R. J. BALLASH, | |
| Defendants. | |

**ORDER**

Plaintiff Allen Langley ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  Before the Court is Plaintiff's pleading asking the Court to determine if it received Exhibit 7A as an attachment to the Complaint. (ECF No. 11.) In his filing, Plaintiff states that Exhibit 7A was not included with the copy of his Complaint that he received from the Court.

The Court has briefly reviewed Plaintiff's Complaint filed December 28, 2009. (ECF

1

No. 1.)  The Complaint contains multiple exhibits including Exhibit 7A titled "Extension of Time for Response - Administrative Remedy."  (ECF No. 1, p. 34; Pl.'s Compl. (7A) p. 34.)  The Court notes that this is the only page of Exhibit 7A and it is also the final page of the Complaint.

    Accordingly, Plaintiff's pleading titled by the Court as "Motion to Return Exhibits" is DENIED as MOOT.  Pursuant to 28 U.S.C. § 1915A(a), in due course the Court will screen Plaintiff's Complaint as a Bivens action.

IT IS SO ORDERED.

Dated:   January 18, 2011                        /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE